Form hrgnot

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.: 3:12–bk–09819
Chapter: 7
Judge: Keith M Lundin

In Re:
   JAMES THOMAS GILBERT                    TRACIE LYNN GILBERT
   aka TOMMY GILBERT                         220 BASS DRIVE
   220 BASS DRIVE                             MOUNT JULIET, TN 37122
   MOUNT JULIET, TN 37122

Social Security No.:
   xxx–xx–6460                                  xxx–xx–6818

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 2/5/13 at 09:00 AM

to consider and act upon the following:

*27* – Motion for Approval of Reaffirmation Agreement with Capital One, N.A.–Best Buy CO., Inc. Filed on the behalf of: Creditor CAPITAL ONE NA. (PURSLEY, JENNIFER)

Update to original notice, if any:

Notice of Hearing on Motion for Reaffirmation– Agreement with Capital One, N.A. – Best Buy Co., Inc. Hearing scheduled 2/5/2013 at 09:00 AM at Courtroom 2 2nd Floor Customs House 701 Broadway Nashville TN 37203. (RE: related document(s)27) (bam)

Dated: 1/3/13

                                             <u>MATTHEW T LOUGHNEY</u>
                                             Clerk, U.S. Bankruptcy Court

                                             BY: bam
                                             Deputy Clerk